TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

FILED
CLERK
4:27 pm, Jan 26, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USA

-v-

Juvenile Female

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket Number: 19-CR-431 (JFB)( )

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___-___-___
District Judge: _____
Magistrate Judge: _____
Date Entered: ___/___/_____

B) If a <u>new</u> application, state the statute, regulation, or other legal basis that authorizes filing under seal:

SUBMITTED BY: Plaintiff ☐  Defendant ☐  DOJ ☐
Name: _____
Firm Name: _____
Address: _____
_____
Phone Number: _____
E-Mail Address: _____

<u>INDICATE UPON THE PUBLIC DOCKET SHEET</u>: YES ☐  NO ☐
If yes, state description of document to be entered on docket sheet:

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.
DATE: 1/26/22        CENTRAL ISLIP, NEW YORK

/s/ Joseph F. Bianco

Joseph F. Bianco, U.S. Circuit Judge (Sitting by designation.)

DATE RECEIVED IN CLERK'S OFFICE: ___/___/_____

MANDATORY CERTIFICATION OF SERVICE: (Check one)
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or
C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns.

DATE: ___/___/_____        _____
                                                    *SIGNATURE*