**COURT EXHIBIT**

1

AO 455 (Rev. 5/85)   Waiver of Indictment ①

# United States District Court

_Eastern_ _____ **DISTRICT OF** _____ _New York_

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **WAIVER OF INDICTMENT** |

_Lidia del Carmen Rodriguez_

CASE NUMBER: _CP-19-431 (JFB)_

I, _Lidia Delcarmen-Rodriguez_, the above named defendant, who is accused of

_Murder Through Use of a Firearm_

_18 U.S.C. § 924(j)(1), 2 and 3551 et seq._

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _6/30/2022_ _____ prosecution by indictment and consent that the
                          _Date_

proceeding may be by information rather than by indictment.

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 30 2022   ☆

LONG ISLAND OFFICE

_6/30/22_

s/Joseph F. Bianco

_____
_Defendant_

_____
_Counsel for Defendant_

Before