JJD:PGS/JLG/MEF
F. #2019R01093

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LIDIA DELCARMEN-RODRIGUEZ,

    Defendant.

- - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 19-431 (S-1) (JFB)
(T. 18, U.S.C., §§ 924(j)(1), 2
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times relevant to this Superseding Information, unless otherwise indicated:

The Enterprise

1.    La Mara Salvatrucha, also known as the MS-13, (hereinafter the "MS-13" or the "enterprise") was a transnational criminal organization with members located throughout Long Island, New York, Queens, New York and elsewhere.

2.    The defendant LIDIA DELCARMEN-RODRIGUEZ was an associate of the MS-13.

3.    Members and associates of the MS-13 have engaged in acts of violence, including murder, attempted murder, assault, robbery and narcotics trafficking, as well as other criminal activity, including extortion, witness tampering and witness retaliation.

Participation in criminal activity by a member or associate, especially violence directed at rival gangs or MS-13 members or associates believed to have violated the gang's rules, increased the respect accorded to that member or associate and could result in a promotion within the enterprise. Members and associates of the MS-13 purchased, maintained and circulated a collection of firearms and other weapons for use in criminal activity.

4. The MS-13, including its leadership, membership and associates, constituted an "enterprise" as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise including, among other things: (a) promoting and enhancing the prestige, reputation and position of the enterprise with respect to rival criminal organizations; (b) preserving and protecting the power, territory and criminal ventures of the enterprise through the use of intimidation, threats of violence and acts of violence, including assault and murder; (c) keeping victims and rivals in fear of the enterprise and its members and associates; (d) enriching the members and associates of the enterprise through criminal activity, including robbery, extortion and narcotics trafficking; and (e) ensuring discipline within the enterprise and compliance with the enterprise's rules by members and associates through threats of violence and acts of violence.

5. The MS-13, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts and threats involving murder, extortion and robbery that are chargeable under New York Penal Law and punishable by imprisonment for more than one year, acts

indictable under Title 18, United States Code, Sections 1512 (relating to tampering with a witness, victim or informant) and 1513 (relating to retaliating against a witness, victim or informant), and offenses involving narcotics trafficking, punishable under Title 21, United States Code, Sections 841 and 846.

MURDER OF JASSON MEDRANO-MOLINA
THROUGH THE USE OF A FIREARM

6. The allegations contained in paragraphs one through five are realleged and incorporated as if fully set forth in this paragraph.

7. On or about August 7, 2019, within the Eastern District of New York and elsewhere, the defendant LIDIA DELCARMEN-RODRIGUEZ, together with others, in the course of a violation of Title 18, United States Code, Sections 924(c) and 2, to wit: the use of a firearm during and in relation to the murder in-aid-of racketeering of Jasson Medrano-Molina, in violation of Title 18, United States Code, Section 1959(a)(1), did knowingly and intentionally cause the death of Jasson Medrano-Molina through the use of a firearm, which killing was a murder as defined in Title 18, United States Code, Section 1111(a), in that the defendant, together with others, with malice aforethought, did unlawfully kill Jasson Medrano-Molina willfully, deliberately, maliciously and with premeditation.

(Title 18, United States Code, Sections 924(j)(1), 2 and 3551 et seq.)

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2019R01093
FORM DBD-34
JUN. 85

No. 19 CR 431 (S-1) (JFB)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

LIDIA DELCARMEN-RODRIGUEZ,

Defendant.

## SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 924(j)(1), 2 and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

*Clerk*

Bail, $ _____

_____

*Justina Geraci / Paul Scotti, Assistant U.S. Attorneys (631) 715-7835*